Robert H. Espenshade, Appellant, v. Ruby Chevrolet
Sales Corporation, Appellee.

Gen. No. 44,256.

opinion filed
February 9, 1949; rehearing denied March 2, 1949; released for publication March 9, 1949.  Hugh M. Matchett, for appellant; Lawrence J. West, for appellee.  Opinion by JUSTICE LEWE. **Not to be published in full.**

C. H. Jenkins, Appellant, v. Louis Gerber and James
Maughan, Defendants.  James Maughan, Appellee.

Gen. No. 9,617.